Fill in this information to identify the case:

Debtor name  **CFRA, LLC**

United States Bankruptcy Court for the:  **MIDDLE DISTRICT OF FLORIDA**

Case number (if known):  **8:20-bk-03609-CPM**

■ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 6851 Lennox, LLC / Moss Grou<br>6345 Balboa Blvd Suite 310<br>Attn: Richard Moss<br>Encino, CA 91316 | Richard Moss<br>Richard@mossgroup.com | Trade | | | | $20,120.63 |
| Beltram Edge Tool Supply Inc<br>6800 North Florida Avenue<br>Tampa, FL 33604 | Cami Crawford<br>ccrawford@the-ifg.com<br>813-239-1136 | Trade | | | | $33,234.62 |
| Broadway Lights LLC<br>1085 Thousand Oaks Blvd.<br>Greenville, SC 29607 | Kallie Corn<br>kallie@broadwaylights.com | Trade | | | | $37,207.59 |
| Casual Dining Smyrna, LLC<br>c/o Richard Nasano<br>26 Knights Court<br>Saddle River, NJ 07458 | Val Nasano<br>roserealtycorp@gmail.com<br>201-832-0293 | Trade | | | | $24,075.52 |
| Cigar City Marketing, LLC<br>1228 E. 7th Avenue Suite 200<br>Tampa, FL 33605 | Michelle Pace<br>michelle@cigarcitymarketing.com<br>813-397-3968 | Trade | | | | $73,750.60 |
| David Nakahara<br>415 Oneida Ct.<br>Danville, CA 94526 | David Nakahara<br>dnakah@comcast.net | Trade | | | | $19,400.16 |
| DDR Cotwold LP<br>Dept 328818 21089 41909<br>PO Box 83400<br>Chicago, IL 60691 | Kellie Schultz<br>kschultz@sitecenters.com | Trade | | | | $21,134.15 |

Debtor **CFRA, LLC**
Name

Case number *(if known)* **8:20-bk-03609-CPM**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Etheridge Roofing, Inc.<br>1211 Tarboro Street SW<br>Wilson, NC 27893 | Barry Byrd<br><br>barryb@etheridgeroofing.com<br>252-291-5200 | Trade | | | | $79,966.30 |
| HPI Direct, Inc.<br>785 Goodard Court<br>Alpharetta, GA 30005 | Annelie Figueroa<br><br>afigueroa@superioruniform.com<br>678-941-1800 | Trade | | | | $27,159.03 |
| IHOP Franchise Company, LLC<br>450 North Brand Boulevard<br>7th Floor<br>Glendale, CA 91203 | Alicia Beltran<br><br>alicia.beltran@dinebrands.com | Trade | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |
| Interface Security Sys. LLC<br>8339 Solutions Center<br>Chicago, IL 60677 | JoAnn Thompson<br><br>joann.thompson@interfacesys.com<br>314-595-0275 | Trade | | | | $41,537.51 |
| MSPark<br>Dallas Lockbox<br>PO Box 848499<br>Dallas, TX 75284 | Troy A. Bruinsma<br><br>Tbruinsma@mspark.com<br>727-269-0177 | Trade | | | | $18,457.51 |
| Performance Food Group<br>7420 Ranco Rd.<br>Henrico, VA 23228 | Rahesha Mackey<br><br>Rahesha.Mackey@pfgc.com<br>804-237-1045 | Trade | | | | $35,762.22 |
| Performance Foodservice<br>12500 West Creek Parkway<br>Henrico, VA 23238 | Phillip Branch<br><br>Phillip.Branch@pfgc.com<br>828-725-6250 | Trade | | | | $628,229.65 |
| Putnam Mechanical<br>131 Crosslake Park Dr.<br>#202<br>Mooresville, NC 28117 | Mike Fortin<br><br>MFortin@putnammechanical.com<br>704-799-3665 | Trade | | | | $90,250.00 |
| Rosnet Technology<br>8500 NW River Park Dr.<br>Kansas City, MO 64152 | Stacye Holcomb<br><br>sholcomb@rosnet.com<br>816-743-7790 | Trade | | | | $22,200.00 |
| Smartvision Construction, LL<br>1155 East Isle of Palms Ave.<br>Myrtle Beach, SC 29579 | Mohammed Ali<br><br>Mali@smartvisionconstruction.com<br>843-618-4081 | Trade | | | | $147,575.00 |

Debtor **CFRA, LLC**
Name

Case number *(if known)* **8:20-bk-03609-CPM**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trane Technologies**<br>**800-E Beaty Street**<br>**Davidson, NC 28036** | **Trevor Wood**<br><br>**Trevor.Wood@tranetechnologies.com**<br>**888-832-5266** | **Trade** | | | | **$24,732.69** |
| **Trilogy, Inc.**<br>**1220 Richmond Rd.**<br>**Williamsburg, VA 23185** | **Becky Hilstrom**<br><br>**bhilstrom@cox.net**<br>**757-784-6288** | **Trade** | | | | **$18,191.25** |
| **Valassis Direct Mail, Inc.**<br>**90469 Collection Center Driv**<br>**Chicago, IL 60693** | **Scptt Thibodeau**<br><br>**ThibodeauS@valassis.com**<br>**610-283-7381** | **Trade** | | | | **$48,701.25** |