# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 8:20-BK-03609 CPM  
**Case Name:** CFRA, LLC  
**Period Ending:** 03/31/22

**Trustee:** (290520)   DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Checking 4199<br>6/3/2020 - Schedules (Filed in lead case of CFRA Holdings, LLC [Dkt. 110] | 62,195.75 | 62,195.75 | | 86,021.22 | FA |
| 2 | Wells Fargo Checking 4215<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110] | 0.00 | 0.00 | | 8.27 | FA |
| 3 | Wells Fargo Checking 7976<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110] | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Wells Fargo Checking 7984<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 1,706.91 | 1,706.91 | | 0.00 | FA |
| 5 | Deposit - Town of Christiansburg<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 550.00 | 550.00 | | 0.00 | FA |
| 6 | Deposit - Smyrna Utilities<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 939.00 | 939.00 | | 0.00 | FA |
| 7 | Deposit - Town of Mooresville<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 50.00 | 50.00 | | 0.00 | FA |
| 8 | Deposit - Middle Tennessee Electric<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 4,300.00 | 4,300.00 | | 1,497.99 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:20-BK-03609 CPM  
**Case Name:** CFRA, LLC  

**Period Ending:** 03/31/22

**Trustee:** (290520)   DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Deposit - Town of Boone<br>   6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110])<br>10/12/2020 - Tele. conf. w/ Customer Service; account terminated; no deposit to refund (deposit refunded in 2015) | 225.00 | 225.00 | | 0.00 | FA |
| 10 | Deposit - Middle Tennessee Electric | 2,500.00 | 2,500.00 | | 1,318.03 | FA |
| 11 | Deposit - Frontier National Gas<br>   6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Deposit - CDE Lightband<br>   6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 13 | Deposit - Clarksville Gas & Water<br>   6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 900.00 | 900.00 | | 0.00 | FA |
| 14 | Deposit - CDE Lightband (parking lot lights)<br>   6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 528.00 | 528.00 | | 0.00 | FA |
| 15 | Deposit - Progress Energy<br>   6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 5,614.00 | 5,614.00 | | 1,471.91 | FA |
| 16 | Prepayments - Prepaid Business Licenses<br>   6/3/2020 - Schedules (filed in lead case of CFRA | 15,565.00 | 15,565.00 | | 2,339.87 | FA |

## Form 1

Page: 3

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 8:20-BK-03609 CPM  
**Case Name:** CFRA, LLC  

**Period Ending:** 03/31/22

**Trustee:** (290520) DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Holdings, LLC [Dkt. 110]) | | | | | |
| 17 | Prepayments - Advances at IHOP<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 125,000.00 | 125,000.00 | | 0.00 | FA |
| 18 | Prepayments - Prepaid Insurance<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 77,539.00 | 77,539.00 | | 0.00 | FA |
| 19 | Prepayments - Prepaid Advertising<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 603,030.00 | 603,030.00 | | 0.00 | FA |
| 20 | Prepayments - Prepaid Micros Contracts<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 4,206.00 | 4,206.00 | | 0.00 | FA |
| 21 | Prepayments - Prepaid Sales Taxes<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 133,000.00 | 133,000.00 | | 0.00 | FA |
| 22 | Accounts Receivable - 90 days old or less<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | 387,473.00 | 387,473.00 | | 0.00 | FA |
| 23 | Office Furniture - see fixed asset report<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | Unknown | 0.00 | | 0.00 | FA |
| 24 | Office Equipment - see fixed assets report<br>6/3/2020 - Schedules (filed in lead case of CFRA | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:20-BK-03609 CPM  
**Case Name:** CFRA, LLC  
**Period Ending:** 03/31/22

**Trustee:** (290520)   DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Holdings, LLC [Dkt. 110]) | | | | | |
| 25 | Restaurant Equipment - see fixed assets report<br>6/3/2020 - Schedules (listed in lead case of CFRA Holdings, LLC [Dkt. 110]) | Unknown | 0.00 | | 0.00 | FA |
| 26 | Leased and subleased restaurant locations<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | Unknown | 0.00 | | 0.00 | FA |
| 27 | Goodwill<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110]) | Unknown | 0.00 | | 0.00 | FA |
| 28 | Other Property of Any Kind Not Already Listed<br>6/3/2020 - Schedules (filed in lead case of CFRA Holdings, LLC [Dkt. 110])<br>Construction Costs $151,560 net book value;<br>Leasehold improvements $4,563,583 net book value;<br>remodel $3,377,445 net book value<br>Construction in Process $633,207 net book value | Unknown | 0.00 | | 0.00 | FA |
| 29 | Potential Avoidable Transfers  (u) | Unknown | 1.00 | | 0.00 | FA |
| 30 | Randolph Electric Refund | Unknown | 5,587.66 | | 5,622.41 | FA |
| 31 | Lenders' CarveOut for Unsecured Cr (see Dkt 163) | 0.00 | 125,000.00 | | 125,000.00 | FA |
| 32 | Lender Carveout for Trustee admin costs (Dkt 163 | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 33 | Pancake Supply Chain Coop, Inc.  (u) | Unknown | 10,000.00 | | 61,015.14 | FA |
| 34 | Valley Proteins, Inc. Refund  (u) | Unknown | 30.75 | | 30.75 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:20-BK-03609 CPM  
**Case Name:** CFRA, LLC  

**Period Ending:** 03/31/22

**Trustee:** (290520)   DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | Rowan County refund (u) | Unknown | 11.18 | | 11.18 | FA |
| 36 | Synovus DIP Account 4253 (u) | 0.00 | 135,838.83 | | 49,817.61 | FA |
| 37 | Centralized Supply Chain refund (u) | 0.00 | 61.82 | | 61.82 | FA |
| 38 | Retail Technology Group refund (u) | 0.00 | 52.65 | | 52.65 | FA |
| 39 | Preference claim ag. Performance Foods (u) | Unknown | 100,000.00 | | 10,000.00 | FA |
| 40 | Partial Refund of Retainer from Holland & Knight (u) | Unknown | 6,484.20 | | 6,484.20 | FA |
| 40 | **Assets** Totals (Excluding unknown values) | **$1,427,821.66** | **$1,835,889.75** | | **$375,753.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case administratively consolidated with lead case CFRA Holdings, LLC, Case No. 20-3608

See lead case CFRA Holdings, LLC, Case No. 20-3608 for notes;  
9/10/2020 - 341 mtg. held and continued to 9/24/2020 @ 3:15 p.m.;  
9/21/2020 -Order approving First Supplement to Final Fee Application of Saul Ewing (Dkt. 278);  
9/24/2020 - 341 mtg. held and concluded;  
9/25/2020 - T deposited refund from Duke Progress Energy;  
9/28/2020 - T received distribution from Pancake Supply Chain Coop, Inc. for 2019 Patronage #1;  email to Dustin Pittman of CSCS re: same;  
10/2/2020 - Email from Pancake Supply Chain Co-op's patronage program - CFRA is no longer a member of the Co-op as of April 17, 2020; no additional distributions to be made to Debtor;  
10/5/2020 - T deposited check for DIP acct. bank balance;  
10/12/2020 - T deposited refund of deposit with Middle Tennessee Electric;  
10/31/2020 - 3rd quarter 2020 tax returns mailed to Fla. DOR, TN Dept. of Labor;  
10/31/2020 - 941's for 3rd quarter 2020 mailed to IRS;  
11/3/2020 - Check issued to Ds' counsel pursuant to Order approving First Supplement to Final Fee Application (See Dkt. 278);

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 6

| Case Number: | 8:20-BK-03609 CPM | Trustee: (290520) DAWN A. CARAPELLA |
| Case Name: | CFRA, LLC | Filed (f) or Converted (c): 08/07/20 (c) |
| | | §341(a) Meeting Date: 09/10/20 |
| Period Ending: | 03/31/22 | Claims Bar Date: 07/15/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

11/10/2020 - T received DIP account bank balance;

11/10/2020 - T received business license refund for store no. 597;

11/13/2020 - Order granting Motion to Incur Expenses to Prepare W-2 Forms for Former Employees (Dkt. 324 in 20-3608);

11/13/2020 - Agreed Order approving Application for Payment of Administrative Rent of Triton III, Inc. against estate of CFRA, LLC (Dkt. 325 in 20-3608);

11/13/2020 - Agreed Order approving Application for Payment of Administrative Rent for Stanhope 2013, LLC against estate of CFRA, LLC (Dkt. 326 in 20-3608)

11/13/2020 - Agreed Order approving, in part, Piedmont Natural Gas' Application for Payment of Administrative Claim against estate of CFRA, LLC (Dkt. 327 in 20-3608);

11/13/2020 - Agreed Order approvin Duke Energy's Application for Payment of Administrative Claim against estate of CFRA, LLC (Dkt. 328 in 20-3608);

11/13/2020 - Agreed Order approving, in part, Ecolab Inc.'s Application for Payment of Administrative Claim against estate of CFRA, LLC (Dkt. 329 in 20-3608);

12/10/2020 - Amended and Agreed Order granting in part, Second Supplement to Final Fee Application of Saul Ewing (Dkt. 344);

12/26/2020 - T paid Saul Ewing pursuant to Amended and Agreed Order;

12/29/2020 - T received rebate from Pancake Supply Chain Coop;

1/5/2021 - Email from Jon Shepherd - W-2's prepared and mailed for employees; invoice included;

1/18/2021 - Letter to North Carolina Dept of Commerce responding to inquiries re: employees.

1/5/2021 - T informed that W-2 Forms issued and mailed to former employees;

1/18/2021 - T paid Southeast QSR, LLC for preparation of W-2 Forms;

2/2/2021 - T deposited checks from Centralized Supply Chain Services and Retail Technology Group, Inc.;

2/17/2021 - Tele. conf. w/ counsel and Jon Shepherd re: information re: potential preference;

3/31/2021 - Email to banking re: $114.47 still remaining in Mechanic's Bank Account; last deposit cleared on date of transition to People's Bank;

4/12/2020 - Preference demand letter sent to Performance Food Group, Inc.;

4/26/2021 - No response received to preference demand letter;

5/7/2021 - ADV. PRO. 21-145 , Trusteev. Performance Food Group;

5/14/2021 - Extension through 7/16/2021 given to counsel for Performance Food Group to answer complaint;

5/20/2021 - Letter to NC Dept of Commerce re: employee information requests;

7/5/2021 - Email from counsel for Performance Foods; working on providing requested documents;  Further extension given counsel until 8/13/2021;

ADV. Pro. 210145 - Notice of Pre-Trial Conf - scheduled for 10/25/2021 @ 10;00 a.m. (Adv. Dkt. 6);

9/2/2021 - Email from counsel confirming that counter offer to Performance Foods emailed;

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 7

**Case Number:** 8:20-BK-03609 CPM
**Case Name:** CFRA, LLC

**Period Ending:** 03/31/22

**Trustee:** (290520) DAWN A. CARAPELLA
**Filed (f) or Converted (c):** 08/07/20 (c)
**§341(a) Meeting Date:** 09/10/20
**Claims Bar Date:** 07/15/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

9/10/2021 - mail forwarding reinstated;

9/20/2021 - Tele. conf. with Pancake Supply Chain confirming rebate as property of estate;

9/24/2021 - T deposited rebate from Pancake Supply Chain Coop;

9/27/2021 - Email to counsel re draft settlement agreement and motion to compromise with Performance Foods;

10/18/2021 - T received check from Wells Fargo as refund for incorrect check charges;

10/18/2021 - T received partial refund of retainer from Holland & Knight pursuant to 12/29/2020 Order granting Stay Relief to Holland & Knight, LLP (Dkt. 347) - Holland & Knight may exercise setoff of $18,515.80 against $25,000 retainer and tender remaining balance of $6,484.20 to Trustee; T confirmed that source of retainer was from CFRA, LLC;

12/2/2021 - Order granting Motion to Compromise with Performance Foods (See CFRA Holdings [ lead case] Dkt. 357);

12/13/2021 - Fire Permit for store located at 16015 Lancaster Hwy, Charlotte, NC forwarded to SunCakes;

12/14/2021 - T received settlement proceeds from compromise with Performance Food Group;

12/21/2021 - T received check from Pancake Supply Chain Coop, Inc.;

2/7/2022 - Email to Al Gomez, counsel for Casual Dining Smyrna, LLC re: Claim No. 12;

2/7/2022 - Email to Camille Iurillo, counsel for Smartvision re: Claims;

2/7/2022 - Email to Claimant 3 and 4 requesting that duplicate Claim No. 4 be withdrawn;

2/7/2022 - Email to Claimant 16 Aramark Uniforms re: amending Claim No. 16 - no basis for admin claim for $5k;

2/9/2022 - Email to Claimant 17 Ballantyne re: Claim 17;

2/9/2022 - Email to Claimant 22 Promenade re: Claim 22;

2/9/2022 - CLAIMS REVIEWED; T reviewing Claim Nos. 4, 6, 7, 10, 12, 13, 15, 16P-2, 17, 18, 19 and 22;

2/14/2022 - Withdrawal of Claim No. 17 of Ballantyne Property Group, LLC (CFRA, LLC Dkt. 29);

2/14/2022 - Withdrawal of Claim No. 4 of Rosnet Technology (CFRA, LLC Dkt. 30);

2/25/2022 - Email from Claimant 16 Aramark re: invoices;

3/1/2022 - Tele. conf. with counsel for Casual Dining and Rbt. Wahl re: Casual Dining's claim no. 12;

3/18/2022- Email to Claimant 16 Aramark re: amending claim and status of payment from Suncakes;

3/18/2022 - Suggestion of Bankruptcy mailed to the Clerk of the Chancery Court, for Davidson County, TN in Tax Civil Action No. 21-0914-III as a result of receiving a Motion for Default Judgment;

3/23/2022 - Order (A) Sustaining Omnibus Objection to Certain Claims Filed Against the Estate of CFRA Holdings, LLC; and (B) Granting Motion to Allow Claims

# Form 1

Page: 8

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:20-BK-03609 CPM  
**Case Name:** CFRA, LLC  

**Period Ending:** 03/31/22  

**Trustee:** (290520) DAWN A. CARAPELLA  
**Filed (f) or Converted (c):** 08/07/20 (c)  
**§341(a) Meeting Date:** 09/10/20  
**Claims Bar Date:** 07/15/20  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Against the Estates of CFRA, LLC or CFRA, Tri-Cities, LLC (CFRA Holdings, LLC Dkt. 388);

4/1/2022 - Order sustaining Objection to Hilton Displays, LLC's claims and allowing Claim No. 20 filed against estate of CFRA, LLC as a general unsecured claim in the amount of $115,500.96 (CFRA Holdings, LLC's Docket No. 393);

4/5/2022 - Objection to Claim No. 22 of Promenade Shopping Center, LLC against estate of CFRA, LLC (Dkt. 409);

4/5/2022 - Objection to Claim No. 59 of Carole Nemeth that is disallowed against estate of CFRA Holdings, LLC and allowed against estate of CFRA, LLC (Dkt. 410);

**Initial Projected Date Of Final Report (TFR):** February 28, 2021    **Current Projected Date Of Final Report (TFR):** June 30, 2022

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 8:20-BK-03609 CPM
**Case Name:** CFRA, LLC

**Taxpayer ID #:** **-***3478
**Period Ending:** 03/31/22

**Trustee:** DAWN A. CARAPELLA (290520)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******7429 - Checking Account
**Blanket Bond:** $35,756,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 288,260.57 | | 288,260.57 |
| 10/18/21 | {2} | Wells Fargo Customer Service | Refund for incorrect charges for checks | 1129-000 | 8.27 | | 288,268.84 |
| 10/18/21 | {40} | Holland & Knight, LLP | partial refund from Holland & Knight pursuant to Order (Dkt. 347) | 1290-000 | 6,484.20 | | 294,753.04 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 449.72 | 294,303.32 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 503.13 | 293,800.19 |
| 12/14/21 | {39} | Performance Food Group | settlement funds (12/2/2021 Order approving Compromise (CFRA Holdings [lead case] Dkt. 357) | 1241-000 | 10,000.00 | | 303,800.19 |
| 12/21/21 | {33} | Pancake Supply Chain Coop, Inc | 2019 patronage dividend | 1223-000 | 30,257.54 | | 334,057.73 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 507.52 | 333,550.21 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 516.77 | 333,033.44 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 498.23 | 332,535.21 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 586.31 | 331,948.90 |
| | | | **ACCOUNT TOTALS** | | 335,010.58 | 3,061.68 | **$331,948.90** |
| | | | Less: Bank Transfers | | 288,260.57 | 0.00 | |
| | | | **Subtotal** | | 46,750.01 | 3,061.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,750.01** | **$3,061.68** | |

{} Asset reference(s)

Printed: 04/22/2022 03:33 PM   V.20.40

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 8:20-BK-03609 CPM  
**Case Name:** CFRA, LLC  

**Taxpayer ID #:** **-***3478  
**Period Ending:** 03/31/22  

**Trustee:** DAWN A. CARAPELLA (290520)  
**Bank Name:** Mechanics Bank  
**Account:** ******1966 - Checking Account  
**Blanket Bond:** $35,756,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/21/20 | {30} | Randolph Electric Membership Corp. | Refund from payor | 1129-000 | 5,587.66 | | 5,587.66 |
| 09/21/20 | {31} | CFRA, LLC | Unsecured Creditors Carve-Out - See 6/22/2020 Final Consent Order (I) Authorizing Debtors to Use Cash Collateral; (II) Acknowledging Extent, Validity and Priority of Liens; and (III Scheduling Further Hearing (Dkt. 163) - Lenders carved out $125,000 fro | 1129-000 | 125,000.00 | | 130,587.66 |
| 09/21/20 | {32} | CFRA LLC | Lenders' Carve-out for Trustee administrative costs (Order Dkt. 163, p. 20) | 1129-000 | 25,000.00 | | 155,587.66 |
| 09/25/20 | {15} | Duke Energy Progress | Duke Energy Progress utility refund | 1129-000 | 1,471.91 | | 157,059.57 |
| 09/28/20 | {33} | Pancake Supply Chain Coop, Inc. | Dividend from Patronage Account | 1223-000 | 7,564.38 | | 164,623.95 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 58.10 | 164,565.85 |
| 10/05/20 | {1} | CFRA LLC | turnover of bank acct. balance | 1129-000 | 86,021.22 | | 250,587.07 |
| 10/12/20 | {8} | Middle Tennessee Electric | refund from Middle Tennessee Electric | 1129-000 | 1,497.99 | | 252,085.06 |
| 10/12/20 | {10} | Middle Tennessee Electric | Refund from Middle Tennessee Electric | 1129-000 | 1,318.03 | | 253,403.09 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 370.44 | 253,032.65 |
| 11/01/20 | {34} | Valley Proteins, Inc. | Refund from "raw material account" for CFRA, LLC store "Carolina Family Restaurants" | 1290-000 | 30.75 | | 253,063.40 |
| 11/01/20 | {35} | Rowan County | Refund re: 105 Faith Road store | 1290-000 | 11.18 | | 253,074.58 |
| 11/02/20 | 101 | Saul Ewing Arnstein & Lehr, LLP | 9/21/2020 - Order Approving First Supplemental Fee App (Dkt. Nos. 278, 297) | 3701-000 | | 24,144.30 | 228,930.28 |
| 11/10/20 | {36} | CFRA, LLC | Turnover of DIP account balance | 1229-000 | 49,817.61 | | 278,747.89 |
| 11/10/20 | {16} | C. William Orndoff,Jr., Treasurer Frederick County | Refund for business license (Store No. 597) | 1129-000 | 2,339.87 | | 281,087.76 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 416.17 | 280,671.59 |
| 12/26/20 | 102 | Saul Ewing Arnstein & Lehr, LLP | 12/10/2020 - Amended/ Agreed Order | 3701-000 | | 5,563.96 | 275,107.63 |

**Subtotals :**   $305,660.60   $30,552.97

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 8:20-BK-03609 CPM
**Case Name:** CFRA, LLC

**Taxpayer ID #:** \*\*-\*\*\*3478
**Period Ending:** 03/31/22

**Trustee:** DAWN A. CARAPELLA (290520)
**Bank Name:** Mechanics Bank
**Account:** \*\*\*\*\*\*1966 - Checking Account
**Blanket Bond:** $35,756,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | approving in part, 2nd Supp. Fee App (Dkt 344) | | | | |
| 12/29/20 | {33} | Pancake Supply Chain Coop, Inc. | Rebate from Pancake Supply Chain for 2019 - 2020 | 1223-000 | 11,277.29 | | 286,384.92 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 494.12 | 285,890.80 |
| 01/18/21 | 103 | Southeast QSR, LLC | 11/13/2020 - Order granting Motion to Incur Expenses to Prepare W-2 Forms for Former Employees (Dkt. 324) | 3992-000 | | 5,614.11 | 280,276.69 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 442.89 | 279,833.80 |
| 02/02/21 | {38} | Retail Technology Group, Inc. | Refund Overpayment - Invoice 650407 | 1229-000 | 52.65 | | 279,886.45 |
| 02/02/21 | {37} | Centralized Supply Chain Services | rebate | 1229-000 | 61.82 | | 279,948.27 |
| 02/04/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 279,833.80 | 114.47 |
| 03/31/21 | | Transition Transfer Debit | Transition Transfer Debit to People's United Bank account 4285 | 9999-000 | | 114.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 317,052.36 | 317,052.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 279,948.27 | |
| | | | **Subtotal** | | 317,052.36 | 37,104.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$317,052.36** | **$37,104.09** | |

{} Asset reference(s)

## Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 8:20-BK-03609 CPM | Trustee: | DAWN A. CARAPELLA (290520) |
|---|---|---|---|
| Case Name: | CFRA, LLC | Bank Name: | People's United Bank |
| | | Account: | ******4285 - Checking Account |
| Taxpayer ID #: | **-***3478 | Blanket Bond: | $35,756,000.00   (per case limit) |
| Period Ending: | 03/31/22 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/04/21 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 279,833.80 | | 279,833.80 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 426.53 | 279,407.27 |
| 03/31/21 | | Transition Transfer Credit | Transition Transfer Credit from Mechanics Bank account 1966 | 9999-000 | 114.47 | | 279,521.74 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 492.79 | 279,028.95 |
| 04/24/21 | {30} | Randolph Electric | Refund from Randolph Electric from period 1995 and 2020 | 1129-000 | 34.75 | | 279,063.70 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 447.21 | 278,616.49 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 416.77 | 278,199.72 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 490.46 | 277,709.26 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 445.09 | 277,264.17 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 474.00 | 276,790.17 |
| 09/24/21 | {33} | Pancake Supply Chain Coop, Inc. | Rebate from Pancake Supply Chain | 1223-000 | 11,915.93 | | 288,706.10 |
| 09/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 445.53 | 288,260.57 |
| 10/13/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2708 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2708 | 9999-000 | | 288,260.57 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 291,898.95 | 291,898.95 |
| Less: Bank Transfers | 279,948.27 | 288,260.57 |
| **Subtotal** | 11,950.68 | 3,638.38 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$11,950.68** | **$3,638.38** |

$0.00

{} Asset reference(s)                                                                                                           Printed: 04/22/2022 03:33 PM    V.20.40

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 8:20-BK-03609 CPM | **Trustee:** DAWN A. CARAPELLA (290520) |
| **Case Name:** CFRA, LLC | **Bank Name:** People's United Bank |
| | **Account:** ******4285 - Checking Account |
| **Taxpayer ID #:** **-***3478 | **Blanket Bond:** $35,756,000.00  (per case limit) |
| **Period Ending:** 03/31/22 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  375,753.05

Net Estate :  $375,753.05

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7429** | 46,750.01 | 3,061.68 | 331,948.90 |
| **Checking # ******1966** | 317,052.36 | 37,104.09 | 0.00 |
| **Checking # ******4285** | 11,950.68 | 3,638.38 | 0.00 |
| | $375,753.05 | $43,804.15 | $331,948.90 |